**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7012

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DERRICK VINCENT REDD,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (1:97-cr-00006-JCC)

Submitted: July 20, 2006                    Decided: July 28, 2006

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Derrick Vincent Redd, Appellant Pro Se. Robert Andrew Spencer, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Derrick Vincent Redd appeals a district court order denying his motion to dismiss two counts in his indictment. We have reviewed the record and the district court order and affirm for the reasons stated by the district court. See United States v. Redd, No. 1:97-cr-00006-JCC (E.D. Va. filed May 17, 2006; entered May 18, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED